UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No. 22-43743

LARRY DARNELL WALLACE, SR.,              Chapter 7

                Debtor.                                  Judge Thomas J. Tucker

_____/

## ORDER DISMISSING CASE, AND BARRING THE DEBTOR FROM FILING ANOTHER BANKRUPTCY CASE UNLESS AND UNTIL THE DEBTOR PAYS IN FULL THE FILING FEE FOR THIS CASE

On August 24, 2022, after holding a telephonic hearing attended by the Debtor's attorney, the Court entered an Order in this case entitled "Order Conditionally Dissolving Show Cause Order (Regarding Filing Fee)" (Docket # 30, the August 24 Order"). The August 24 Order provided, in relevant part:

> IT IS ORDERED that the Show-Cause order is dissolved, on the following condition. **No later than September 2, 2022**, the Debtor must pay in full the $338.00 filing fee for this case, or this case will be dismissed without further notice or hearing.

(bold in original).

The Debtor did not pay the filing fee by the September 2, 2022 deadline, and still has not done so. Accordingly, and based on the August 24 Order,

IT IS ORDERED that:

1. This bankruptcy case is dismissed.

2. The Debtor is barred from filing any new case under the Bankruptcy Code, and the Clerk is directed not to accept for filing any further bankruptcy petition(s) by or on behalf of the Debtor, unless and until the Debtor first pays in full the $338.00 balance of the filing fee for this case.

**Signed on September 6, 2022**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge